UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

**Liberty Mutual Insurance Company,**

            Plaintiff,

    -vs-

**Laro Maintenance Corporation, et al.**

            Defendants.
----------------------------------------------------------X

**Laro Maintenance Corporation, et. al.,**

            Plaintiffs,

    -vs-

**Liberty Insurance Corporation, et. al.**

            Defendants.
----------------------------------------------------------X

ORDER

CV-04-2936 (SJF)

ORDER

CV-04-3865 (SJF)

FEUERSTEIN, J.

    It having been reported to the Court that the above-captioned cases have been settled, it is ORDERED that the cases are discontinued with leave to re-open on ten (10) days notice by either party to the Court should settlement not be consummated. The Clerk of Court is directed to close the cases.

SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

Dated: Brooklyn, NY
       July 22, 2005